AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Charles Ellis, et al., <br> *Plaintiff* <br> v. <br> Meigs County, Ohio, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:24cv3124 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of the Plaintiffs and against Defendant Marty Hutton in the amount of $60,001.00 inclusive of attorney fees, expenses and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 7/17/2025

CLERK OF COURT

s/Jennifer Kacsor
*Signature of Clerk or Deputy Clerk*